10076.  McDONALD *v.* THE STATE.

BROYLES, P. J.  1. The charge upon the law of voluntary manslaughter was authorized by the evidence.

2. The verdict was amply supported by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Bloodworth, J., concurs.  Stephens, J., not presiding.*
DECIDED NOVEMBER 23, 1918.

Conviction of manslaughter; from Calhoun superior court— Judge Harrell.  August 17, 1918.

*A. L. Miller,* for plaintiff in error.

*R. C. Bell,* solicitor-general, *F. A. Hooper, C. J. Taylor,* contra.